856 F.2d 184
 Righter (James D.)
v.
United States Stove Company, Shoemaker (Daniel W.), Kearney
(Thomas L., III), Bryant (James N.), Ness (J. Christian),
Stump (Barbara O.), Caldwell (Thomas D., Jr.), Caldwell
(Thomas D., Jr.)., Caldwell and Kearns, Castelberry (Rodger
S.), Dilgard (Linus), Haggard (Calvin D.), Herschel (Michael
J., Sr.), Rogers (Richard B.), Rogers (Steven E.), John Doe
Insurance Company
 NO. 87-5634
 United States Court of Appeals,
Third Circuit.
 JUL 14, 1988
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.